(113 So. 918)

Walter PATTERSON v. STATE. (8 Div. 539.) Court of Appeals of Alabama. June 7, 1927. Rehearing Denied June 30, 1927.

W. W. Haralson, Judge.

RICE, J. Affirmed. See, also, 21 Ala. App. 357, 108 So. 265.